EXHIBIT A

Gmail [redacted]

## Re: Campbell hutcho home and bath

1 message

**Campbell Richards** <crichards@hutchcohomeandbath.com> Thu, Jul 30, 2026 at 10:57 AM
To: [redacted]

Hey this is Campbell, we are speaking on the phone

**Campbell Richards**
**(864) 877-0692 EXT 102**
**Design and Event / Show Coordinator**

HutchCo HOME AND BATH
Jacuzzi
SunSetter
Gutter Helmet

---

**From:** Campbell Richards
**Sent:** Thursday, July 30, 2026 10:54 AM
**To:** [redacted]
**Subject:** Campbell hutcho home and bath

Hey this is Campbell. We are speaking on the phone

**Campbell Richards**
**(864) 877-0692 EXT 102**
**Design and Event / Show Coordinator**

HutchCo HOME AND BATH
Jacuzzi
SunSetter
Gutter Helmet